**Amy Joseph Pedersen, OSB No. 85395**
  ajpedersen@stoel.com
**Dennis E. Westlind, OSB No. 01132**
  dewestlind@ajpedersen@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

      Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **Dennis Danehy**, | Civil No. CV 05-1711 HA |
| Plaintiff, | |
| v. | **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT** |
| **NIKE, Inc**., | |
| Defendant. | By Defendant NIKE, Inc. |

      In accordance with LR 16.4(d), this *Joint Alternative Dispute Resolution (ADR) Report* is filed on behalf of all parties to this action:

1.   Have counsel held settlement discussions with their clients and the opposing party?

        X    Yes       \_\_\_\_\_ No

      If not, provide an explanation:

2.   The parties propose:   (*check one of the following*)

Page 1 -   JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT – By Defendant NIKE, Inc.

    \_\_\_\_\_(a)    Referring this case to a neutral of their choice for ADR not sponsored by the court.

    \_\_\_\_\_(b)    That the court refer this case to a court sponsored mediation using a volunteer mediator (See Local Rule 16.4 for limitation on court sponsored mediation program).  The parties seek a volunteer mediator because:

    \_\_\_\_(c)    ADR may be helpful at a later date following a ruling on dispositive motions.

    \_\_\_\_\_(d)    The parties believe the court would be of assistance in preparing for ADR by:

    __X__(e)    The parties do not believe that any form of ADR will assist in the resolution of this case.

    \_\_\_\_\_(f)    Other:

DATED: April 7, 2006.                                   Presented on behalf of the parties by:

STOEL RIVES LLP

*/s/ Amy Joseph Pedersen*
AMY JOSEPH PEDERSEN
DENNIS E. WESTLIND
Telephone: (503) 224-3380

Attorneys for Defendant

Page 2  -  JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT – By Defendant NIKE, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that I served the foregoing **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT** – By Defendant, NIKE, Inc. on:

  Elizabeth Farrell
  P.O. Box 3614
  Hillsboro, OR 97123

    Attorney for Defendant

  ☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

  ☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

  ☐ by concurrently electronically mailing this document in Word format to each attorney's last-known e-mail address on the date set forth below;

  ☒ by electronically filing via the USDC ECF website;

  ☐ by faxing a copy thereof to each attorney at his last-known facsimile number on the date set forth below.

  DATED this 7th day of April 2006.

          */s/ Amy Joseph Pedersen*
          Amy Joseph Pedersen, OSB No. 83395
          Dennis E. Westlind, OSB No. 01132
          Attorneys for Defendant, NIKE, Inc.

Page 1 - JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT – By Defendant NIKE, Inc.

Portlnd3-1547323.1 0063718-00007